NDFL Prob 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V                                                          Crim. No. 1:97CR13-021

LAVON CHURCH

On January 23, 2003, the above named was placed on Supervised Release for a period of Five (5) years. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that Lavon Church be discharged from Supervised Release.

Respectfully submitted,

/s/ Beverly Stiefvater
Beverly Stiefvater
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this 28TH day of March, 2006.

/s/ Maurice M. Paul
Maurice M. Paul
Senior United States District Judge